```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          V.                   )    Cr. No. _____
                               )
THOMAS EUGENE MARTIN,          )
     a/k/a "TJ"                )
          Defendant            )
```

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal the Indictment in the above-captioned matter.

As grounds, the Government represents that Defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
    JOHN M. HODGENS, JR.
    Assistant U.S. Attorney