AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

THOMAS EUGENE MARTIN

**WARRANT FOR ARREST**

CASE NUMBER: 4:05CR40023-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  THOMAS EUGENE MARTIN, AKA TJ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
DISTRIBUTION OF COCAINE BASE

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 APR 29 P 3: 00

in violation of Title ___ United States Code, Section(s) 841(A)(1)

Deborah F. Shattuck
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

April 29, 2005  Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Leominster, MA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-30-05 | DET. Perry Poppas | *[signature]* |
| DATE OF ARREST 8-30-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: THOMAS EUGENE MARTIN

ALIAS: TJ

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1978

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5285

HEIGHT: _____  WEIGHT: _____

SEX: MALE  RACE:

HAIR:  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 17204CB4

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DRUG ENFORCEMENT ADMINISTRATION

JFK FEDERAL BUILDING, SUITE E-400, 15 NEW SUDBURY STREET

BOSTON, MA  02203-0131