UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          v.                     )<br>                                 )<br>THOMAS EUGENE MARTIN,            )<br>a/k/a "TJ",                      )<br>          Defendant,             )<br>                                 ) | **CRIMINAL ACTION**<br>**NO. 05-40023-FDS** |

**ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**September 16, 2005**

**SWARTWOOD, C.M.J.**

I. Nature of the Offense and the Government's Motion

On April 28, 2005, an Indictment was returned charging Thomas Eugene Martin, a/k/a "TJ" ("Mr. Martin"), in Count One, with distribution of cocaine base, in violation of 21 U.S.C. §841(a)(1) and aiding and abetting in violation of 18 U.S.C. §2.

There is included in this Indictment a Forfeiture Allegation in accordance with 21 U.S.C. §853.

At Mr. Martin's initial appearance on August 31, 2005, the Government moved for a detention hearing in accordance with 18 U.S.C. §§3142(f)(1)(C)(Mr. Martin is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the "Controlled Substances Act"), and (f)(2)(A)(risk of flight).

The case was then continued to September 16, 2005, for arraignment and a hearing on the Government's Motion for Detention.

On September 16, 2005, following Mr. Martin's arraignment, he assented to an Order of Detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Mr. Martin be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Mr. Martin be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Martin is detained and confined shall deliver Mr. Martin to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE