UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
        v.                           )    **CRIMINAL ACTION**
                                     )    **NO. 05-40023-FDS**
THOMAS EUGENE MARTIN,                )
        Defendant,                   )
_____  )


INITIAL STATUS REPORT
October 31, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has requested a few more days to make additional discovery available to Mr. Martin and Mr. Martin's counsel has requested two or three weeks to review a substantial amount of discovery produced by the Government in this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on December 5, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of Mr. Martin's counsel, I am excluding from the Speedy Trial Act, the period from September 30, 2005 (date of expiration of prior order of excludable time) through December 5, 2005 (date by which discovery in this case should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, February 20, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE