UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>THOMAS EUGENE MARTIN,  )<br>    Defendant,  )<br>_____) | **CRIMINAL ACTION**<br>**NO. 05-40023-FDS** |

**ORDER OF EXCLUDABLE TIME**
October 31, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 30, 2005 (date of expiration of prior order of excludable time) through December 5, 2005 (date by which discovery in this case should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE