

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*        *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 4, 2005

Daniel J. Bennett, Esq.
Torney Mahoney Diamond & Bennett
15 Foster Street
Quincy, MA 02169

    Re:   **United States v. Thomas Eugene "TJ" Martin**

Dear Attorney Bennett:

    Pursuant to Rules 116.6(A) of the Local Rules of the United States District Court for the District of Massachusetts, the government declines to make the following disclosure as otherwise required under Local Rule 116.1(A)(1):

    The government declines to identify the cooperating witness referenced in its automatic discovery letter dated November 4, 2005, by name at this time. Although the government anticipates that it will call this individual as a witness at trial, the government declines to reveal his/her identity at this time because such disclosure may jeopardize the safety and welfare of the witness. The government notes, however, that it has disclosed information required to be disclosed about this witness under Local Rule 116.2(B)(1) in its automatic discovery letter. Further information concerning this witness will be produced at the appropriate time.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

    By:    */s/ Lisa M. Asiaf*
    LISA M. ASIAF
    Assistant U.S. Attorney
    Tel: (617) 748-3120

cc:    Clerk's Office, U.S. District Court