# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____ )
                            )
UNITED STATES OF AMERICA,   )
                            )
                            )
          v.                )     CRIMINAL ACTION
                            )     NO. 05-40023-FDS
THOMAS EUGENE MARTIN,       )
          Defendant,        )
_____ )
```

## STATUS REPORT
### December 5, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  Discovery

The Government has discovered that two crucial cassettes produced to Mr. Martin were inaudible and new cassette tapes have now been prepared and will be sent to Mr. Martin and his counsel. Mr. Martin's counsel has requested additional time for both he and his client to review those new tapes. I have granted that request.

2.  Further Status Conference

A further status conference shall be held in this case on January 5, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

At the request of the Government and with the assent of Mr.

Martin's counsel, I am excluding from the Speedy Trial Act, the period from December 5, 2005 (date of expiration of prior order of excludable time) through January 5, 2006 (date by which discovery should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, March 16, 2006</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE