## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 05-40023-FDS
THOMAS EUGENE MARTIN,          )
          Defendant,           )
                               )
_____)
```

### STATUS REPORT
### January 6, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Plea Negotiations</u>

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on February 8, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4. <u>Excludable Time</u>

At the request of the Government and with the assent of Mr. Martin's counsel, I am excluding from the Speedy Trial Act, the period from January 5, 2006 (date of expiration of prior order of excludable time) through February 8, 2006 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, April 19, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE