# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-40023-FDS** |
| THOMAS EUGENE MARTIN, | ) | |
| Defendant, | ) | |
| | ) | |

## STATUS REPORT
**February 22, 2006**

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.    Discovery

The discovery in this case is completed.

2.    Plea Negotiations

The parties are engaged in plea negotiations. However, at this time there has been no resolution and it is expected that the results of the motions to suppress will stimulate additional discussion.

3.    Substantive Motions

Mr. Martin intends to file a Motion To Suppress and I have allowed him until March 3, 2006 to file that motion. I have further ordered that the Government shall have until March 24, 2006, within which to respond to that motion.

4.    <u>Final Status Conference</u>

A final status conference shall be held in this case on March 30, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

5.    <u>Excludable Time</u>

Upon motion of the Government and with the assent of Mr. Martin's counsel, I am excluding from the Speedy Trial Act, the period from February 8, 2006 (date by which the plea negotiations were to be completed) to and including March 30, 2006 (date of the final pretrial conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, June 8, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE