**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | ) |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40023-FDS** |
| THOMAS EUGENE MARTIN, ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**February 22, 2006**

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 8, 2006 (date of expiration of prior order of excludable time) through March 30, 2006 (date of the final pretrial conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE