UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Docket No. 4:05-cr-40023 |
| THOMAS MARTIN, ) | |
| Defendant ) | |

**MOTION FOR PRODUCTION OF TRUE SAMPLES OF
CONTROLLED SUBSTANCES ALLEGEDLY SEIZED FROM DEFENDANT**

The defendant, Thomas Martin, by and through undersigned counsel, moves the Court for an order compelling the government to furnish to defendant's counsel, or his duly designated representative, a sufficient quantity and amount of the controlled substances allegedly seized in connection with the above captioned matter, for the purpose of permitting defendant to have an independent chemical analysis made of such substances.

In support of this motion, defendant refers the Court to F.R.Cr.P. 16(a)(1)(C), which provides in relevant part that "[u]pon request of the defendant the government shall permit the defendant to inspect…tangible objects…or portions thereof, which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense… ."

The defendant further moves that the raw data and any information from the government's test be provided to the defendant, including any tests/notes taken during or after the test of controlled substances.

Respectfully Submitted,
Thomas Martin
By his Attorney,

Dated: March 9, 2006

/S/ Daniel J. Bennett
Daniel J. Bennett, B.B.O. 564059
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA  02169
(617) 770-0000