# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA )
)
v. ) Crim. No. 4:05-cr-40023-FDS
)
THOMAS EUGENE MARTIN )
    a/k/a "TJ," )
            Defendant. )
_____)

## ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE

The United States of America, with the assent of the defendant, Thomas Eugene Martin, a/k/a "TJ," respectfully requests this Honorable Court to reschedule the Status Conference currently set for **March 30, 2006, at 2:00 p.m.**, in the above captioned matter. In support of this motion, the government states as follows:

1. When the Court initially scheduled the Status Conference for March 30, 2006, at 2:00 p.m., undersigned counsel for the government inadvertently agreed to this date and time, despite having a previously-scheduled mandatory meeting at the U.S. Attorney's Office in Boston, Massachusetts, which conflicts with the Status Conference.

2. The government therefore respectfully requests that the Court reschedule the Status Conference and to exclude any time under the Speedy Trial Act accordingly.

3. Defense counsel has agreed to this request, including excluding any time necessary under the Speedy Trial Act.

4. To the extent any of the following times/dates are convenient for the Court, the parties are both available to appear for the Status Conference on:

- The morning of March 30, 2006 (any time before 1:00 p.m.);

- The afternoon of April 4, 2006;

- The afternoon of April 6, 2006; or

- The afternoon of April 11, 2006.

WHEREFORE, the United States, with the assent of the defendant, respectfully requests that this Honorable Court (a) reschedule the Status Conference currently set for March 30, 2006, at 2:00 p.m., and (b) exclude any time under the Speedy Trial Act accordingly.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

March 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2006.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
ASSISTANT UNITED STATES ATTORNEY