UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
       v.                           )   Crim. No.  4:05-cr-40023-FDS
                                    )
THOMAS EUGENE MARTIN                )
       a/k/a "TJ,"                  )
                       Defendant.   )
_____)

### GOVERNMENT'S RESPONSE TO MOTION FOR PRODUCTION
### OF TRUE SAMPLES OF CONTROLLED SUBSTANCES

The United States of America hereby responds to the *Motion for Production of True Samples of Controlled Substances Allegedly Seized from Defendant*, which was filed by the defendant, Thomas Eugene Martin, a/k/a "TJ," (hereinafter "Martin") on March 9, 2006.

**1.     True Drug Sample for Independent Chemical Analysis**

The government does not object to Martin's request for a true sample of the controlled substance seized from him on March 2, 2005, for purposes of conducting an independent chemical analysis.  In order to comply with this request, however, the government needs a Court Order directing the Drug Enforcement Administration ("DEA") Northeast Laboratory (the "DEA Lab") to provide a drug sample to the defendant's laboratory, which must be DEA-certified.  Martin's counsel has informed the undersigned attorney for the government that the defendant has selected Rocky Mountain Instrumental Laboratories, Inc., which is, in fact, a DEA-certified laboratory, to conduct the independent chemical analysis.  The government has therefore prepared the necessary Motion and proposed Court Order, which will be filed along with this Response.

**2.      Raw Data and Information Relating to the Government's Drug Tests**

Martin's motion also seeks "the raw data and any information from the government's [drug] test." *Deft's Motion* at 1. In response to this request, the government has produced Bates Nos. 53 – 74, which includes all raw data, tracings and worksheets relating to the laboratory analysis conducted by the DEA Lab on or about March 16, 2005, in connection with DEA Exhibit #97, the crack cocaine purchased from Martin on March 2, 2005.

With respect to the field-test performed on the crack cocaine shortly after the March 2, 2005 transaction, all discovery regarding this field-test has already been produced. *See* Bates Nos. 1-6, 9 (setting forth DEA reports regarding March 2, 2005 field test).

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney


                                   By:      */s/ Lisa M. Asiaf*
                                                  LISA M. ASIAF
March 20, 2006                          Assistant U.S. Attorney
                                                  Tel: (617) 748-3268


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

                                                  */s/ Lisa M. Asiaf*
                                                  LISA M. ASIAF
                                                  ASSISTANT UNITED STATES ATTORNEY