**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                            )
UNITED STATES OF AMERICA    )
                                            )
         v.                                 )    Crim. No.  4:05-cr-40023-FDS
                                            )
THOMAS EUGENE MARTIN     )
         a/k/a "TJ,"                       )
                        Defendant.   )
_____)

## GOVERNMENT'S MOTION FOR AN ORDER DIRECTING THE DEA LABORATORY TO PROVIDE A DRUG SAMPLE FOR TESTING BY THE DEFENDANT

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Lisa M. Asiaf, Assistant United States Attorney, hereby moves this Honorable Court for an Order, in the form filed herewith, directing the Drug Enforcement Administration laboratory ("DEA Lab") to provide a drug sample for testing by the defendant Thomas Eugene Martin, a/k/a "TJ," (hereinafter "Martin").  In support of this motion, the government states as follows:

On March 9, 2006, the defendant filed a motion for a true sample of the drugs at issue in this matter.  The government does not object to this request.  Martin has provided the name of a laboratory (Rocky Mountain Instrumental Laboratories, Inc.) that is licensed by DEA.  For the sample to be sent to Rocky Mountain Instrumental Laboratories, Inc., the DEA Lab requires a Court Order directing it to do so.

WHEREFORE, the government respectfully requests that the Court enter an Order, in the form filed herewith, directing the DEA Lab to provide a sample of the drugs at issue in this matter (identified as DEA Exhibit #97) for testing by Martin's selected laboratory.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

By:      */s/ Lisa M. Asiaf*
         LISA M. ASIAF

March 20, 2006                   Assistant U.S. Attorney
                                          Tel: (617) 748-3268

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

                                           */s/ Lisa M. Asiaf*
                                        LISA M. ASIAF
                                        ASSISTANT UNITED STATES ATTORNEY