**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No.  4:05-cr-40023-FDS |
| THOMAS EUGENE MARTIN a/k/a "TJ," Defendant. | ) ) ) ) | |

## ORDER REGARDING DRUG TESTING

In connection with the above-captioned case, to facilitate the request by the defendant Thomas Eugene Martin, a/k/a "TJ," for an independent laboratory test of drugs allegedly seized from him, it is hereby ORDERED as follows:

The Drug Enforcement Administration Laboratory ("DEA Lab") shall transmit a sample appropriate for testing, taken from the drugs allegedly purchased from Thomas Eugene Martin, a/k/a "TJ," identified by the File Number CC-04-0148 and the DEA Exhibit #97 (and further identified by the DEA-7 Report, a copy of which is attached hereto), to Rocky Mountain Instrumental Laboratories, Inc., located at 108 Coronado Court, Fort Collins, CO 80525, which is a DEA-certified laboratory (DEA Registration Number PR0193590).

SO ORDERED:

_____
TIMOTHY S. HILLMAN
UNITED STATES MAGISTRATE JUDGE

Dated:

U.S. Department of Justice
Drug Enforcement Administration

REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [X] Purchase [ ] Seizure [ ] Free Sample [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) [ ] Internal Body Carry [ ] Other (Specify) | | | CC-04-0148 | ███ | ███ |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Fitchburg, MA | 03-02-2005 | ███ |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL [ ] Case No. OR [ ] Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 03-07-2005 | MET / Group 2 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 97 | | Cocaine Base | One (1) clear, plastic, bag containing an off-white rock-like substance. Exhibit bears the initials "ELS", the date "03-02-2005", and "FT+" for field testing. Exhibit also bears the initials "WC" and "3/2/05". Bag is twist-tied at the top. | 38.79 ggw | 38.79 ggw | $550.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? [X] NO (included above) [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 03-02-2005, U/C TFA Castro purchased Exhibit #97 from "T.J." LNU for $550.00 OAF/USC in Fitchburg, MA. TFA Castro maintained care/custody of said exhibit until transferring said exhibit to S/A Sarabia on the same day. S/A Sarabia then processed, weighed, and field tested (w/ positive results) said exhibit. TFA Castro then initialed said exhibit. On 03-02-2005, S/A Sarabia transported said exhibit to the NEFD/DEC. Once there, S/A Sarabia submitted said exhibit to the NEFD/DEC for safekeeping. On a later date, S/A Sarabia removed said exhibit from the DEC and mailed it to NERL via RMRRR for further analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| S/A Edgar L. Sarabia | G/S Richard W. Guerra |

LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | | |

| 22. SEAL [ ] Broken [X] Unbroken | 23. RECEIVED BY (Signature & Date) 3/22/05 | 24. Print or Type NAME and TITLE |
|---|---|---|

LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #97 contains cocaine base.

Gross Wt. = 37.7 g

Net Wt. = 10.9 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 97 | 170773 | cocaine base | 66 | % | | 7.1 g | 9.3 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| BRIAN J. HALL | FORENSIC CHEMIST | 3/16/05 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS A. BLACKWELL | LABORATORY DIRECTOR | NEW YORK |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

3 - Lab File

CC00000053