UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 4:05-cr-40023 |
| THOMAS MARTIN,<br>    Defendant | ) ) ) ) | |

**MOTION FOR FUNDS FOR LAB ANALYST**

Now comes the defendant, by and through his attorney, and requests, pursuant to G.L. 261, §§27A-G, that this Honorable Court approve funds, not to exceed $2,500.00 to hire Dr. Robert Lanz of Rocky Mountain Instrumental Laboratories, Inc., 108 Coronado Ct., Fort Collins, Colorado, as an independent Lab Analyst to examine the substance regarding the pending charges against Thomas Martin.

As reasons therefore:

1. I have consulted with Dr. Lantz's office and they informed me that $2,500.00 is the fee that would be necessary to examine substance and consult with me and render an opinion.

2. The defendant is indigent and without funds to pay for a Lab Analyst. But for his indigency, a Lab Analyst would be hired.

3. A Lab Analyst is necessary in order for the defendant to mount an adequate defense to the serious charges pending against him.

4. The requested funds are reasonable.

5. Justice dictates that this motion be allowed.

                                        Respectfully Submitted,
                                        Thomas Martin
                                        By his Attorney,

Dated: March 30, 2006                   /S/ Daniel J. Bennett
                                        Daniel J. Bennett, B.B.O. 564059
                                        Torney, Mahoney, Diamond & Bennett
                                        15 Foster Street
                                        Quincy, MA  02169
                                        (617) 770-0000