UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>THOMAS EUGENE MARTIN )<br>a/k/a "TJ," )<br>Defendant. )<br>) | Crim. No. 4:05-cr-40023-FDS |

ORDER REGARDING DRUG TESTING

In connection with the above-captioned case, to facilitate the request by the defendant Thomas Eugene Martin, a/k/a "TJ," for an independent laboratory test of drugs allegedly seized from him, it is hereby ORDERED as follows:

The Drug Enforcement Administration Laboratory ("DEA Lab") shall transmit a sample appropriate for testing, taken from the drugs allegedly purchased from Thomas Eugene Martin, a/k/a "TJ," identified by the File Number CC-04-0148 and the DEA Exhibit #97 (and further identified by the DEA-7 Report, a copy of which is attached hereto), to Rocky Mountain Instrumental Laboratories, Inc., located at 108 Coronado Court, Fort Collins, CO 80525, which is a DEA-certified laboratory (DEA Registration Number PR0193590).

SO ORDERED:

_____
TIMOTHY S. HILLMAN
UNITED STATES MAGISTRATE JUDGE

Dated: 3/30/2006