# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<table>
<tr><td>UNITED STATES OF AMERICA,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>CRIMINAL ACTION</td></tr>
<tr><td></td><td>)</td><td>NO. 05-40023-FDS</td></tr>
<tr><td>THOMAS EUGENE MARTIN,</td><td>)</td><td></td></tr>
<tr><td>Defendant,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

## STATUS REPORT
### March 30, 2006

**HILLMAN, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.    Discovery

Except for Defendant's Assented To Motion To Produce True Samples Of the Controlled Substances allegedly seized from him, the discovery in this case is completed.

2.    Substantive Motions

The Defendant had until March 3, 2006, to file any substantive motions.

3.    Final Status Conference

A final status conference shall be held in this case on May 15, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts to enable the Defendant to evaluate the independent examination of the drugs.

4.    Excludable Time

Upon motion of the Government and with the assent of Mr. Martin's counsel, I am excluding from the Speedy Trial Act, the period from March 30, 2006 (date of expiration of prior order of excludable time) through and including May 15, 2006 (date of the final pretrial conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 24, 2006</u>.


<u>/s/Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE