UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA  )<br>)<br>v.  )<br>)<br>THOMAS EUGENE MARTIN,  )<br>       Defendant,  ) | CRIMINAL ACTION<br>NO. 05-40023-FDS |

**ORDER OF EXCLUDABLE TIME**
**March 30, 2006**

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 30, 2006 (date of expiration of prior order of excludable time) through May 15, 2006 (date of the final pretrial conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE