# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40023-FDS** |
| THOMAS EUGENE MARTIN, ) | |
| Defendant, ) | |

## FINAL STATUS REPORT
### May 18, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

There are no outstanding discovery issues at this time. The Government represents that all Rule 16 and automatic discovery materials have been provided to Defendant's counsel or made available for counsel's review and they further represent that they are aware of their continuing discovery obligations. The Defendant does not anticipate raising either the defense of insanity or public authority, nor does the Defendant anticipate raising a defense of alibi. Finally, the Defendant represents that he will not be filing any dispositive motions and that the case is ready to be returned to Judge Saylor for a final pretrial conference. The parties estimate the trial of this case should take approximately four days.

2. <u>Excludable Time</u>

As of the Final Status Conference held on May 15, 2006, zero days will have been credited against the time provided by the Speedy Trial Act and 70 days will remain under the Speedy Trial Act. Therefore, assuming no further order of excludable time, this case must be tried on or before <u>Monday, July 24, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE
