UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 4:05-cr-40023 |
| THOMAS MARTIN,  Defendant | ) ) ) | |

**ASSENTED TO MOTION TO CONTINUE PRE-TRIAL HEARING**

Counsel hereby moves to change the Pre-Trial Hearing presently scheduled from **June 28, 2006 to July 25, 2006.**

As reasons therefore, counsel states that he is on vacation on June 28, 2006, a date set by the court, and is not available. I have contacted the court and a date amenable is July 25, 2006. The continuance to July 25, 2006 is assented to by Assistant U.S. Attorney, Lisa M. Asiaf with all time excluded from June 28, 2006 to July 25, 2006 for any and all purposes. The parties have conferred on the periods excludable from the Speedy Trial Act Local Rule 116.5(C)(8).

**ASSENTED TO:**

| | |
|---|---|
| Michael J. Sullivan | Thomas Martin |
| United States Attorney | Defendant |
| | |
| /S/ Lisa M. Asiaf | /S/ Daniel J. Bennett |
| Lisa M. Asiaf | Daniel J. Bennett, BBO No. 564059 |
| Assistant U.S. Attorney | Torney, Mahoney, Diamond & Bennett |
| Donohue Federal Building & Courthouse | 15 Foster Street |
| 595 Main Street | Quincy, MA  02169 |
| Worcester, MA  01608 | 617-770-0000 |

Dated:  June 15, 2006