UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> THOMAS MARTIN, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. <br> 05-40023-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On June 15, 2006, defendant filed an assented to motion to continue the pretrial hearing scheduled for June 28, 2006. As grounds therefore, defendant counsel notes a conflict in schedule. The pretrial conference was rescheduled for July 25, 2006.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from **June 28, 2006, through July 25, 2006**, shall be excludable under the Speedy Trial Act pursuant to **18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A)**.

**So Ordered.**

                 /s/ F. Dennis Saylor
                 F. Dennis Saylor IV
                 United States District Judge

Dated: **June 22, 2006**