UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )   Crim. No.  4:05-cr-40023-FDS
                                    )
THOMAS EUGENE MARTIN                )
    a/k/a "TJ,"                     )
                    Defendant.      )
_____ )

**ASSENTED-TO MOTION TO CONTINUE
INITIAL PRETRIAL CONFERENCE AND TO EXCLUDE TIME**

The United States of America, with the assent of the defendant, Thomas Eugene Martin, a/k/a "TJ," respectfully requests this Honorable Court to continue the Initial Pretrial Conference, which is currently set for July 25, 2006, at 2:00 p.m. and to exclude the time accordingly. In support of this motion, the government states as follows:

1. The Initial Pretrial Conference in the above captioned matter is currently scheduled to take place on July 25, 2006, at 2:00 p.m.

2. Undersigned counsel for the government, however, is scheduled to begin a trial on July 24, 2006, which is expected to last approximately four days (*i.e.*, through July 27, 2006).

3. Local Rule 117.1 requires "counsel who will conduct the trial" to attend the Initial Pretrial Conference.

4. The government therefore respectfully requests that the Initial Pretrial Conference be continued to the afternoon of August 1, 2006, which counsel understands is a convenient date for the Court. The government also requests that the time be excluded accordingly under the Speedy Trial Act.

5. Counsel for the defendant has assented to this request.

WHEREFORE, with the assent of the defendant, the United States respectfully requests that this Honorable Court reschedule the Initial Pretrial Conference to the afternoon of August 1, 2006, and to exclude the time accordingly.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                By:   */s/ Lisa M. Asiaf*
                                    LISA M. ASIAF
July 12, 2006                     Assistant U.S. Attorney
                                    Tel: (617) 748-3268

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2006.

                                      */s/ Lisa M. Asiaf*
                                      Lisa M. Asiaf
                                      Assistant U.S. Attorney