UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v.  )<br>)<br>THOMAS MARTIN, )<br>)<br>Defendant. ) | Criminal No.<br>05-40023-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On July 12, 2006, the government filed an assented-to motion to continue the pretrial conference scheduled for July 25, 2006. As grounds therefore, counsel for the government notes that she had a scheduling conflict due to a trial in another case. To accommodate this request, the Court rescheduled the pretrial conference for August 1, 2006.

On motion of the government, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from **July 25, 2006, through August 1, 2006**, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 13, 2006