**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                       )
UNITED STATES OF AMERICA    )
                                                     )
          v.                                     )    Crim. No.  4:05-cr-40023-FDS
                                                   )
THOMAS EUGENE MARTIN      )
        a/k/a "TJ,"                     )
                        Defendant.   )
_____)

**ASSENTED-TO MOTION TO EXCLUDE TIME**
**FROM 9/13/06 THROUGH 10/3/06**

The United States of America, with the assent of the defendant, Thomas Eugene Martin, a/k/a "TJ," respectfully requests this Honorable Court to exclude the time from September 13, 2006 through October 3, 2006 for purposes of the Speedy Trial Act. In support of this motion, the government states as follows:

1. At a Pretrial Conference on September 13, 2006, the defendant requested the Court to schedule a Rule 11 hearing in this matter, after the parties had an opportunity to brief an issue related to sentencing factor manipulation. The Court set a briefing schedule on this issue according to which the defendant's brief is due on September 25, 2006 and the government's response is due on September 29, 2006. The Court also set a further Status Conference for October 3, 2006.

2. After the Court set these deadlines, the government made an oral motion to exclude the time from September 13, 2006 through the date of the next conference, October 3, 2006. In the interest of justice, and with the oral assent of the defendant, the Court granted this oral motion.

3. The Court also directed the government to confirm the status of excludable delay in this matter. A review of the docket shows that the following periods are excludable:

| | |
|---|---|
| 8/31/05 | Initial Appearance |
| 8/31/05 - 9/16/05 | Excluded under 18 U.S.C. §3161(h)(1)(F) |
| 9/16/05 - 10/14/05 | Order on Excludable Time (9/16/05) |
| 9/30/05 - 12/5/05 | Order on Excludable Time (10/31/05) |
| 12/5/05 - 1/5/06 | Order on Excludable Time (12/5/06) |
| 1/5/06 – 2/8/06 | Order on Excludable Time (1/6/06) |
| 2/8/06 - 3/30/06 | Order on Excludable Time (2/22/06) |
| 3/30/06 - 5/15/06 | Order on Excludable Time (3/30/06) |
| 5/15/06 | Case transferred to the District Court |
| 6/15/06 - 6/16/06 | Excluded under 18 U.S.C. §3161(h)(1)(F) |
| 6/28/06 - 7/25/06 | Order of Excludable Time (6/22/06) |
| 7/25/06 - 8/1/06 | Order of Excludable Time (7/13/06) |
| 8/1/06 - 9/13/06 | Electronic Order of Excludable Time (8/1/06) |
| 9/13/06 - 10/3/06 | See Paragraph 1 above. |

Accordingly, as of the next Status Conference on October 3, 2006, 41 days will have been counted (5/15/06 - 6/14/06 and 6/17/06 - 6/27/06) and 29 days will remain under the Speedy Trial Act.

WHEREFORE, with the assent of the defendant, the United States respectfully requests that this Honorable Court enter an Order of Excludable Time, excluding the time from September 13, 2006 through October 3, 2006.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By:   */s/ Lisa M. Asiaf*
                                        LISA M. ASIAF
Sept. 19, 2006                     Assistant U.S. Attorney
                                        Tel:  (617) 748-3268

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Sept. 19, 2006.

                                      */s/ Lisa M. Asiaf*
                                    Lisa M. Asiaf
                                    Assistant U.S. Attorney