UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 05-40023-FDS |
| THOMAS EUGENE MARTIN, ) | |
| a/k/a "TJ," ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

A pretrial conference was held before this Court on September 13, 2006, at which defendant requested the opportunity to brief this Court on an issue related to alleged sentencing factor manipulation. This Court set a briefing schedule on this matter, according to which defendant must file a brief by September 25, 2006, and the government must file a response by September 29, 2006. A status conference will be held before this Court on October 3, 2006. In light of this request, defendant filed an assented-to motion on September 19, 2006, to exclude the time from September 13, 2006, through October 3, 2006.

On motion of defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 13, 2006, through October 3, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: **September 25, 2006**    United States District Judge