UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Docket No. 4:05-cr-40023 |
| THOMAS MARTIN, Defendant | ) ) ) ) | |

**ASSENTED TO MOTION TO CONTINUE BRIEF DEADLINE
AND STATUS CONFERENCE**

Counsel for Defendant requests that the deadline to file the motion on issue which is **September 25, 2006**, be continued until **September 28, 2006**.

As reasons therefore, counsel had a medical emergency and is hospitalized. The continuance to **September 28, 2006** is assented to by Assistant U.S. Attorney, Lisa M. Asiaf. Counsel requests that the response to Defendant's brief be continued until **October 4, 2006**.

Counsel also requests that the Status Conference currently scheduled for **October 3, 2006** be continued. AUSA Asiaf assents to the continuance as long as the Government's response deadline is extended accordingly to **October 4, 2006**.

**ASSENTED TO:**

Michael J. Sullivan                                     Thomas Martin
United States Attorney                             Defendant

/S/ Lisa M. Asiaf                                         /S/ Daniel J. Bennett
Lisa M. Asiaf                                              Daniel J. Bennett, BBO No. 564059
Assistant U.S. Attorney                            Torney, Mahoney, Diamond & Bennett
Donohue Federal Building & Courthouse    15 Foster Street
595 Main Street                                         Quincy, MA  02169
Worcester, MA  01608                              617-770-0000

Dated:  September 25, 2006