UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THOMAS MARTIN, )<br>    Defendant )<br>) | Docket No. 4:05-cr-40023 |

**MOTION FOR REDUCTION IN SENTENCE
DUE TO GOVERNMENT SENTENCING MANIPULATION**

Now comes the defendant, by and through his attorney, and requests this Honorable Court to conduct a hearing to determine whether the Government committed sentencing factor manipulation in inducing the defendant to create base cocaine when he only had powder to sell.

|  |  |
|---|---|
| | Respectfully Submitted,<br>Thomas Martin<br>By his Attorney, |
| Dated: September 28, 2006 | /S/ Daniel J. Bennett<br>Daniel J. Bennett, B.B.O. 564059<br>Torney, Mahoney, Diamond & Bennett<br>15 Foster Street<br>Quincy, MA  02169<br>(617) 770-0000 |