UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No.  4:05-cr-40023-FDS |
| THOMAS EUGENE MARTIN<br>a/k/a "TJ,"<br>Defendant. | ) ) ) ) ) | |

## JOINT MOTION TO CONTINUE MOTION HEARING

The United States of America (the "government") and the defendant, Thomas Eugene Martin, a/k/a "TJ" (the "Defendant"), by their respective undersigned counsel, submit this joint motion to continue the motion hearing currently set for Friday, October 20, 2006, at 9:30 a.m.  In support of this joint motion, the parties state as follows:

1. The parties appeared before this Honorable Court this morning, October 10, 2006, for a status conference regarding the scheduling of (1) a Rule 11 hearing and (2) an evidentiary hearing on the Defendant's Motion for Reduction in Sentence Due to Government Sentencing Manipulation, which was filed on September 28, 2006.

2. At the status conference, the Court scheduled the Rule 11 hearing to take place on Thursday, October 19, 2006, and the motion hearing to take place on Friday, October 20, 2006.

3. After the conference, undersigned counsel for the government and the Defendant discussed who would be called as witnesses at the motion hearing.  Both parties agree that DEA Special Agent William Castro, the undercover agent who purchased the crack cocaine from the Defendant, is a necessary witness for both parties at the upcoming motion hearing.

4.  Immediately upon returning to Boston from the status conference in this matter, the undersigned attorney for the government called Special Agent Castro to inform him of the hearing date.  Special Agent Castro informed counsel that his wife just gave birth to a new baby girl last Wednesday, October 4, 2006, and that he is currently on annual leave for a 2-week "paternity" break.  Specifically, Special Agent Castro had planned to be home with his wife and new baby during the weeks of October 9, 2006 and October 16, 2006.  Unless this Court denies this request for a brief continuance, Special Agent Castro plans to return to work on Monday, October 23, 2006, and to meet with the undersigned attorney for the government to discuss the Defendant's motion later that week.

5.  The undersigned attorneys for the Defendant and the government have compared calendars for the weeks of October 30, 2006, and November 6, 2006.  Both counsel are available for a motion hearing in this matter on November 3, 6, 8, 9, 10 and 13.  Based on discussions with this Court's courtroom clerk, the parties understand that the most convenient date and time for the Court is Wednesday, November 8, 2006, at 9:30 a.m.

6.  At the status conference this morning, the Court excluded the time from October 10, 2006 through October 20, 2006 under the Speedy Trial Act in the interest of justice and due to the Defendant's pending motion.  The parties agree that any continuance that the Court may grant as a result of this joint motion should also be excluded for the same reasons.

WHEREFORE, the parties jointly move this Honorable Court to reschedule the motion hearing currently set for Friday, October 20, 2006, at 9:30 a.m. to Wednesday, November 8, 2006, at 9:30 a.m., and to exclude the time accordingly.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    ___*/s/ Lisa M. Asiaf*_____
LISA M. ASIAF
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3268


COUNSEL FOR THOMAS EUGENE MARTIN,

___*/s/ Daniel J. Bennet*_____
DANIEL J. BENNET, ESQ.
Torney, Mahoney, Diamond & Bennet
15 Foster Street
Quincy, MA 02169
(617) 770-0000

DATED:   October 10, 2006