UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v.             )<br>)<br>THOMAS EUGENE MARTIN  )<br>)<br>Defendant.         )<br>) | Criminal No.<br>05-40023-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a conference held before this Court on September 13, 2006, defendant informed the Court that he intended to plead guilty, but that he wished to raise an issue regarding alleged sentencing manipulation. The Court ordered the parties to file briefs on the issue. On September 28, 2006, defendant filed a motion to reduce his sentence due to sentencing manipulation. A change of plea hearing is presently scheduled for October 19, 2006, to be followed on October 20 by a hearing on defendant's motion. At a conference before this Court on October 10, 2006, the United States requested the exclusion of time in light of defendant's desire to raise the sentencing manipulation issue.

As defendant's motion is still pending, and because the ends of justice served by granting the government's request outweigh the interest of the public and the defendant in a speedy trial, the period of time from October 10, 2006 through October 19, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: October 11, 2006                 United States District Judge