## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v.  ) <br> ) <br> THOMAS EUGENE MARTIN, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. <br> 05-40023-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At a hearing before this Court on October 19, 2006, defendant indicated that he was generally willing to plead guilty, but desired clarification as to his potential status as a career offender as defined by United States Sentencing Guidelines § 4B1.1 prior to making a final decision. To accommodate that request and to facilitate plea discussions, the Court has directed Probation to prepare his criminal history and perform an analysis of his status as a career offender. The change of plea hearing has been rescheduled for November 22, 2006, to permit that work to be performed. Both parties agreed to the exclusion of time while Probation prepares the requested information.

On agreement of the parties, and because the ends of justice served by granting defendant's request outweigh the interest of the public and the defendant in a speedy trial, the period of time from October 19, 2006 through November 22, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 20, 2006