UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) <br> ) <br> v. ) <br> ) <br> **THOMAS EUGENE MARTIN** ) <br> ) <br> **Defendant.** ) <br> ) | **Criminal No.** <br> **05-40023-FDS** |

**ORDER FOR RECOMMENDATION FROM
UNITED STATES PROBATION OFFICE**

**SAYLOR, J.**

Defendant Thomas Eugene Martin has been charged with distribution of cocaine base in violation of 21 U.S.C. § 841. In order to facilitate plea discussions and a possible plea agreement, the Court hereby directs the Probation Department to prepare (1) a criminal history of the defendant and (2) an analysis of whether the defendant qualifies as a career offender, as defined by United States Sentencing Guidelines § 4B1.1. The criminal history and analysis shall be provided to the parties on or before November 16, 2006.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 20, 2006