UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 05-CR-40023-FDS |
| | ) | |
| THOMAS EUGENE MARTIN | ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Now comes THOMAS EUGENE MARTIN, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for February 16, 2007 at 2:30 p.m., to a date in June 2007 that is convenient to the calendar of this Court and to counsel for the parties.

As grounds for this request, defendant states as follows:

1. Undersigned counsel was appointed to represent Mr. Martin on January 5, 2007. In order to effectively represent Mr. Martin at sentencing, counsel needs additional time to review the file and confer with the defendant.

2. On January 18, 2007, undersigned counsel sent a request to the Court Reporter, Ms. Kusa-Ryll, for a copy of the transcript of the December 7, 2006 hearing on defendant's *Motion to Reduce Sentence Due to Government Sentencing Manipulation*. To date, counsel is still waiting for a copy of the transcript.

3. The Government has been consulted and assents to this motion for continuance.

**WHEREFORE**, defendant respectfully requests that this sentencing be continued until a time convenient to the Court and counsel for the parties in June 2007.

Respectfully submitted,

/s Christie M. Charles

George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
George F. Gormley, P.C.
755 East Broadway, 3rd floor
South Boston, MA 02127
(617) 268-2999

**Dated:**   February 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 8, 2007.

/s Christie M. Charles

Christie M. Charles