UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 05-CR-40023-FDS |
| | ) | |
| THOMAS EUGENE MARTIN | ) | |

## DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING

Now comes THOMAS EUGENE MARTIN, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for June 1, 2007 at 2:00 p.m., to July 13, 2007 or a date that is convenient to the calendar of this Court and to counsel for the parties. The Government has been consulted and assents to this motion for continuance.

**WHEREFORE**, defendant respectfully requests that his sentencing be continued until July 13, 2007 or such time as is convenient to the Court and counsel for the parties.

Respectfully submitted,

/s Christie M. Charles
_____
George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
George F. Gormley, P.C.
755 East Broadway, 3rd floor
South Boston, MA 02127
(617) 268-2999

**Dated:**       May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2007.

/s Christie M. Charles
_____
Christie M. Charles