UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 05-CR-40023-FDS |
| | ) | |
| THOMAS EUGENE MARTIN | ) | |

### DEFENDANT THOMAS EUGENE MARTIN'S MOTION TO CONTINUE SENTENCING

Now comes THOMAS EUGENE MARTIN, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for November 2, 2007 at 2:00 p.m., to November 9, 2007 at 1:15 p.m.   As grounds for this request, defendant states that undersigned counsel will be on her honeymoon through November 7, 2007, and therefore will be unavailable on November 2nd.  Counsel for the Government has indicated her assent to continuing the sentencing hearing by one week, as has the Probation Officer assigned to the case.

**WHEREFORE**, defendant respectfully requests that this sentencing be continued until November 9, 2007 at 1:15 p.m.

Respectfully submitted,
**THOMAS EUGENE MARTIN,**
By his attorneys,

/s Christie M. Charles

_____
George F. Gormley (204140)
Christie M. Charles (646995)
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
(617) 268-2999

**Dated**:         October 12, 2007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants on October 12, 2007.


/s Christie M. Charles

_____

Christie M. Charles