UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
          v.                        )   Crim. No.  4:05-cr-40023-FDS
                                    )
THOMAS EUGENE MARTIN                )
      a/k/a "TJ,"                   )
                    Defendant.      )
_____ )

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America (the "government") and the defendant, Thomas Eugene Martin, a/k/a "TJ" (the "Defendant"), by their respective undersigned counsel, submit this joint motion to continue the sentencing hearing currently scheduled for Thursday, July 10, 2008, at 3:00 p.m.  In support of this joint motion, the parties state as follows:

1. At the last hearing in this matter, the Defendant requested that his sentencing be continued to allow the First Circuit to resolve the appeal in United States v. Almenas, Appeal No. 06-2513 (1st Cir.), which involves a sentencing issue that is also an issue in this case.  Specifically, the First Circuit is considering whether a Massachusetts misdemeanor conviction for Resisting Arrest qualifies as a predicate offense under the Career Offender guidelines.  The government agreed that a continuance would serve the interests of justice and efficiency.  This Honorable Court granted that motion and continued the Defendant's sentencing hearing.

2. Since that time, upon motion, the Court has periodically continued the Defendant's sentencing hearing while the Almenas appeal remains pending.  The Defendant's sentencing hearing is currently scheduled for July 10, 2008.  The

Almenas appeal remains pending as of the date of this motion.  The parties agree that a further continuance will serve the interests of justice and efficiency, and therefore file this joint motion.  The parties understand that Tuesday, August 26, 2008, at 2:00 p.m. is a convenient time for the Court.  Accordingly, the parties jointly move to continue the sentencing hearing to August 26, 2008, at 2:00 p.m.

WHEREFORE, the parties jointly move this Honorable Court to reschedule the sentencing hearing currently set for July 10, 2008, to Tuesday, August 26, 2008 at 2:00 p.m., or other time that is convenient for the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3268


COUNSEL FOR THOMAS EUGENE MARTIN,

*/s/ George F. Gormely*
GEORGE F. GORMELY, ESQ.
CHRISTIE M. CHARLES, ESQ.
755 East Broadway
South Boston, MA 02127
(617) 268-2999

DATED:   July 2, 2008