UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | 05-CR-40023-FDS |
| | ) | |
| THOMAS EUGENE MARTIN | ) | |

**DEFENDANT THOMAS EUGENE MARTIN'S**
**MOTION TO CONTINUE SENTENCING**
*(Assented to)*

Now comes THOMAS EUGENE MARTIN, by his attorney, and requests that this Court continue the sentencing hearing in this matter, currently scheduled for August 26, 2008 at 2:00 p.m., to a date after the United States Court of Appeals for the First Circuit's decision in United States v. Almenas (06-2516) is issued. As grounds for this request, defendant states that the First Circuit heard argument in the Almenas case on October 4, 2007; as this Court knows, one of the issues on appeal in that case is whether or not a Massachusetts misdemeanor conviction for resisting arrest qualifies as a predicate offense under the career offender guidelines. As this issue is significantly in dispute in Mr. Martin's case (application of the career offender guideline more than triples his possible guideline sentence), it is in Mr. Martin's best interest to be sentenced after the First Circuit has decided the issue.

**WHEREFORE**, defendant respectfully requests that this sentencing be continued until after the First Circuit has issued an opinion in <u>United States v. Almenas</u>.

The parties suggest rescheduling to on or after September 25, 2008 at 3:00 p.m. if convenient to the calendar of this Court. The government assents to this continuance for the reasons stated in this motion.

                      Respectfully submitted,
                      **THOMAS EUGENE MARTIN,**
                      By his attorney,

/s George F. Gormley

George F. Gormley (204140)
***George F. Gormley, P.C.***
755 East Broadway
South Boston, MA 02127
(617) 268-2999

**Dated**:    August 20, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2008.

/s George F. Gormley

George F. Gormley